MHN

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | ) | |
|---|---|---|
| BE2, LLC, a Delaware limited liability company, and BE2 HOLDING AG, a foreign company, | ) ) ) ) | |
| | ) | Civil Action No. 10-cv-1650 |
| Plaintiffs, | ) | |
| v. | ) ) | Hon. Milton I. Shadur |
| BE2.NET, a New York company, and Nick IVANOV, an individual, | ) ) ) | |
| Defendant. | ) ) ) | |

[~~PROPOSED~~] ORDER

*upo s*

This cause having come before this Court on the motion of Plaintiffs for entry of judgment of damages against Defendants be2.net and Nick Ivanov (collectively "Defendants");

AND the Court having read and considered the pleadings, declarations and exhibits on file in this matter and having reviewed such evidence as was presented in support of Plaintiffs' Motion;

AND the Court having considered its Order of May 28, 2010 granting Plaintiffs' Motion for Default Judgment, the Court ORDERS the following:

1) Defendants are ordered to pay damages to Plaintiffs pursuant to 15 U.S.C. §1117 in the sum of One Million, Four Hundred and Sixty Thousand Dollars ($1,460,000.00);

2) Plaintiffs' petition for attorneys' fees remains pending subject to Plaintiffs' submission of evidence of specific fee amounts;

3) Defendants are ordered to pay interest on the principal amount of the judgment to Plaintiffs at the statutory rate pursuant to 28 U.S.C. §1961(a);

4) VeriSign, Inc. is ordered to change the registrar of record for www.be2.net to a registrar of Plaintiff's choice;

5) This Judgment shall be deemed to have been served upon Defendants at the time of its execution by the Court;

6) The Court finds that there is no just reason for delay in entering this Judgment and, pursuant to Fed.R.Civ.P. 54(b), the Court directs immediate entry of this Judgment against Defendants; and,

7) The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Judgment.

Dated: June 28 2010

Hon. Milton I. Shadur
United States District Court Judge

6-28-2010