IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

BE2, LLC, et al.,           )
                            )
        Plaintiffs,         )
                            )
    v.                      )   No. 10 C 1650
                            )
BE2.NET, et al.,            )
                            )
        Defendants.         )

## MEMORANDUM ORDER

This Court has received a submission filed by plaintiffs' counsel seeking an award of attorneys' fees and expenses pursuant to the June 30, 2010 judgment order entered in this action. That filing reflects service on both defendants--Nick Ivanov ("Ivanov") and be2.net c/o Ivanov.

Because the only way in which defendants have sought to communicate to this Court has been through letters written by Ivanov rather than via appropriate pleadings, this Court is similarly communicating this memorandum order to both defendants by sending a copy to Ivanov. Either defendant is, or both defendants are, ordered to provide a response to plaintiffs' submission by transmittal to the Clerk's Office in this District Court in time for receipt on or before August 2, 2010, failing which this Court will act on the submission on the basis of its contents alone.

_____
Milton I. Shadur
Senior United States District Judge

Date: July 20, 2010