## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.0.3
### Eastern Division

Be2, LLC, et al.

        Plaintiff,

v.                Case No.: 1:10–cv–01650
                Honorable Milton I. Shadur

Be2.Net, et al.

        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 23, 2010:

   MINUTE entry before Honorable Milton I. Shadur: For the reasons stated orally in open court, Plaintiff's Motions to amend/correct and vacate [27] [31] [32] are denied. Motion hearing held 7/23/2010. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.